**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROBERT DEREK LURCH JR.,

                      Plaintiff,

    -against-                                25 **CIVIL** 820 (KMW)

## JUDGMENT

ANY AND ALL DOCTORS THAT GAVE
THE ORDER TO FORCIBLY INJURE THE
PLAINTIFF AND ANY STAFF THAT
ASSISTED; PETER MOGER, EMT; ALEX
TEO, EMT; MADELYN ESTEVEZ,

                      Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 14, 2025, Plaintiff's federal claims are dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), and the Court declines to exercise supplemental jurisdiction of his state law claims. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**Dated:**  New York, New York

       November 19, 2025

                                                **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                        **BY:**        *K. Mango*
                                                **Deputy Clerk**